United States District Court
Southern District of Texas

**ENTERED**

May 09, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-323 |
| | § | |
| GERARDO ARCELLANO CASISON, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

The Court now considers the upcoming May 14, 2019 initial pretrial and scheduling conference.[1] Considering the Clerk's entry of judgment against Defendants JP Tao LLC d/b/a Breeze Lounge and Jong Mi Park,[2] the only remaining defendants in this case, and Plaintiff's pending motion for default judgment against Defendants JP Tao LLC d/b/a Breeze Lounge and Jong Mi Park,[3] an initial pretrial and scheduling conference is unnecessary. Accordingly, the Court **CANCELS** the May 14, 2019 initial pretrial and scheduling conference. However, the Court **ORDERS** the parties to appear for a status conference on **Tuesday, July 16, 2019, at 9:00 a.m.**, in the event this case is not resolved earlier.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of May, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 16.
[2] Dkt. Nos. 17–18.
[3] Dkt. No. 19.