United States District Court
Southern District of Texas
**ENTERED**
July 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-323 |
| | § | |
| GERARDO ARCELLANO CASISON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having granted Plaintiff's motion for default judgment on Plaintiff's UFC claim against Defendants JP Tao, LLC d/b/a Breeze Lounge and Jong Mi Park,[1] the Court hereby enters this final judgment. Accordingly, Defendants JP Tao, LLC d/b/a Breeze Lounge and Jong Mi Park are **LIABLE** to Plaintiff for **$4,000.00** in statutory damages; **$8,000.00** in additional statutory damages for Defendants' willful violation; **$2,810.00** in attorney's fees and costs; and conditional fees as follows: **$2,500.00** for the collection of judgment in the event Plaintiff obtains a writ of execution, writ of garnishment, writ of attachment, or other process; **$5,000.00** in the event Defendants file a post-judgment motion or pre-appeal motion upon which Plaintiff prevails; and **$15,000.00** in the event Defendants file an appeal to the Fifth Circuit Court of Appeals upon which Plaintiff prevails.

Any relief not expressly granted in this final judgment is hereby **DENIED**. This is a final judgment for which execution may issue as allowed by law.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of July, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 22.